

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00103-CV

**Joe Anthony Beames, Personal Representative of the Estate of Deborah Kay Davis**

**v.**

**Edwin Howard Hooks, Jr.**

NO. D-1-GN-07-003482 IN THE 98TH DISTRICT COURT OF TRAVIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $0.00 | 08/11/2014 | UNKNOWN | UNK |
| MT FEE | $10.00 | 07/28/2014 | E-PAID | APE |
| MT FEE | $10.00 | 05/28/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 04/18/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 03/04/2014 | E-PAID | ANT |
| CLK RECORD | $114.00 | 02/04/2014 | UNKNOWN | UNK |
| RPT RECORD | $159.60 | 01/21/2014 | UNKNOWN | RPT |
| FILING | $10.00 | 12/16/2013 | TRANSFER | ANT |
| INDIGENT | $25.00 | 12/11/2013 | TRANSFER | ANT |
| FILING | $100.00 | 12/11/2013 | TRANSFER | ANT |
| STATEWIDE EFILING | $20.00 | 12/11/2013 | TRANSFER | ANT |
| CHAPTER 51 | $50.00 | 12/11/2013 | TRANSFER | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $518.60.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 27, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**